FILED

11/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0393

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0393

STATE OF MONTANA,

        Plaintiff and Appellee,

    v.                                          O R D E R

JUSTIN DEAN KALINA,

        Defendant and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's supplemental opening brief filed electronically on November 18, 2024, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. 11(6)(b) sets forth the information that must be presented on the cover of each brief, which includes the tribunal and the judge from which the appeal is taken.

This Court's October 17, 2024 Order on Motion to Lift Stay and Resume Briefing limited Appellant's supplemental opening brief to a maximum word count of 5,000 words. Appellant's Certificate of Compliance states that the word count is 9,548 words. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and this Court's October 17, 2024 Order on Motion to Lift Stay and Resume Briefing. The Appellant shall serve copies of the revised brief on all parties of record.

IT IS ORDERED that if Appellant fails to file a compliant supplemental brief within ten (10) days of the date of this Order, the Clerk of the Montana Supreme Court shall forward this case to this Court for classification and disposition.

IT IS ORDERED that no changes, additions, or deletions other than those

specified in this Order may be made to the brief as originally filed; and

IT IS ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
November 19 2024